UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RENE POURNER,

        Plaintiffs,

   v.

THE CULINARY INSTITUTE OF AMERICA,

        Defendants.

Case No. 18-cv-01581-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 7, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: April 5, 2019.

DESIGNATION OF EXPERTS: April 12, 2019; REBUTTAL: April 26, 2019;
    SUR-REBUTTAL: May 10, 2019.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: June 28, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; July 12, 2019;
    Opp. Due: July 26, 2019; Reply Due: August 2, 2019;
    and set for hearing no later than August 16, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: October 8, 2019 at 3:30 PM.

JURY TRIAL DATE: October 21, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to court sponsored mediation. The mediation shall occur in November 2018.

1 | The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 6/15/18

_____
SUSAN ILLSTON
United States District Judge